IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH CAMMAROTA, a Minor, by | : | CIVIL ACTION |
| AMY LYNN HALLOCK, Guardian, | : | |
| and AMY LYNN HALLOCK, | : | |
| individually | : | |
| | : | |
| v. | : | |
| | : | |
| SMITHKLINE BEECHAM | : | |
| CORPORATION d/b/a | : | |
| GLAXOSMITHKLINE | : | NO. 13-3677 |

## ORDER

**AND NOW**, this 9th day of September, 2013, upon consideration of Plaintiffs' Motion to Remand (Docket No. 4), all documents filed in connection therewith, and the Hearing held on August 8, 2013, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.