IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH CAMMAROTA, a Minor, by | : | CIVIL ACTION |
| AMY LYNN HALLOCK, Guardian, | : | |
| and AMY LYNN HALLOCK, | : | |
| individually | : | |
| | : | |
| v. | : | |
| | : | |
| SMITHKLINE BEECHAM | : | |
| CORPORATION d/b/a | : | |
| GLAXOSMITHKLINE | : | NO. 13-3677 |

## ORDER

**AND NOW**, this 12th day of December, 2013, upon consideration of Defendant's Motion for Reconsideration (Docket No. 43) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.